UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In re:

Steven Dale Deaton,

       Debtor.
_____/

Chapter 7
Case No. 23-02527-5-PWM

MXR Imaging, Inc.,

       Plaintiff,

v.

Steven Dale Deaton,

       Defendant.
_____/

Adversary Proc. No. 23-00102-5-PWM

## DISCLOSURE OF CORPORATE AFFILIATIONS

Pursuant to Fed. R. Bankr. P. 7007.1, Plaintiff MXR Imaging, Inc. makes the following disclosure:

There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate party's equity interests.

Filed: November 29, 2023

                                        Respectfully Submitted,

                                        MXR IMAGING, INC.

                                        By: /s/ *Benjamin S. Morrell*
                                        Benjamin S. Morrell (NC Bar No. 56676)
                                        TAFT STETTINIUS & HOLLISTER LLP
                                        111 East Wacker Drive, Suite 2600
                                        Chicago, IL 60601
                                        Telephone: (312) 527-4000

Facsimile: (312) 527-4011
bmorrell@taftlaw.com

Paul R. Harris (special appearance pending)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
pharris@taftlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document using the Court's CM/ECF system, which will effect service upon all counsel of record.

Date: November 29, 2023

By: <u>/s/ *Benjamin S. Morrell*</u>
Benjamin S. Morrell
*Counsel for Plaintiff*
