# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Steven Dale Deaton
    Debtor(s)

Bankruptcy Case No.:
23–02527–5–PWM

MXR Imaging, Inc.
    Plaintiff(s)
vs.
Steven Dale Deaton
    Defendant(s)

Adversary Proceeding No.:
23–00102–5–PWM

## PRETRIAL SCHEDULING ORDER

Based upon the information contained within the joint pre–conference report filed in this matter on February 1, 2024,

The deadline for Rule 26(a)(1) disclosures is February 29, 2024.

The deadline for filing amendments to pleadings or joinder of additional parties is February 29, 2024.

The deadline for Rule 26(a)(2) expert witness disclosures is June 28, 2024.

The deadline to complete discovery is July 31, 2024.

The deadline for filing dispositive motions is August 21, 2024.

The parties shall have until June 28, 2024, to notify the court of their intent to mediate. Nothing herein shall be construed to prohibit any party from requesting mediation at a later date.

Pursuant to Local Bankruptcy Rule No 7016–1, EDNC, the parties are directed to prepare and upload a final pretrial order by August 29, 2024. The deadline to file any motions in limine is August 29, 2024.

The final pretrial conference in this adversary proceeding will be held by telephone conference as follows:

DATE:    Wednesday, September 4, 2024
TIME:    10:00 AM

To join the conference call, please dial 1–877–336–1831, and enter the access code 2852289 #. If asked, please do not join the conference call as the host, instead press the # key and wait for the conference to begin. The AT&T operator will ask you to state your name when the conference is to begin.

Counsel is directed to prepare for the pretrial conference pursuant to Local Bankruptcy Rule 7016–1, EDNC and should be fully prepared to present to the court all information and documentation necessary for completion of the pretrial order.

The trial of this adversary proceeding has been scheduled as follows:

DATE:    Tuesday, September 10, 2024
TIME:    10:30 AM
PLACE:    Room 208, 300 Fayetteville Street, Raleigh, NC 27601

The Parties stipulate that this court has jurisdiction and authority to hear this case, that venue is proper, and that this matter is a core proceeding.

DATED: February 2, 2024

                                                                Pamela W. McAfee  
                                                                United States Bankruptcy Judge