**SO ORDERED**

**SIGNED this 9 day of July, 2024.**



_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: | |
| STEVEN DALE DEATON, | CASE NO. 23-02527-5-PWM |
| DEBTOR. | CHAPTER 7 |

| | |
|---|---|
| MXR IMAGING, INC. | |
| PLAINTIFF, | |
| v. | ADV. PRO. NO. 23-00102-5-PWM |
| STEVEN DALE DEATON, | |
| DEFENDANT. | |

## ORDER REGARDING INTENT TO MEDIATE

Pursuant to the scheduling order entered on February 2, 2024, the parties were to notify the court of their intent to mediate by June 28, 2024. No notice has been filed. The parties are directed to file a report on or before July 17, 2024, indicating whether they intend to mediate this matter and whether they have agreed on a mediator or wish for the court to designate a mediator, after which the court will enter an appropriate order.

**END OF DOCUMENT**