UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In re:

Steven Dale Deaton,

        Debtor.

_____/

MXR Imaging, Inc.,

        Plaintiff,

v.

Steven Dale Deaton,

        Defendant.

_____/

Chapter 7
Case No. 23-02527-5-PWM

Adversary Proc. No. 23-00102-5-PWM

## **JOINT STATUS REPORT REGARDING MEDIATION**

The Parties, by and through their respective undersigned counsel, submit this joint status report pursuant to the Court's July 9, 2024 order. (D.E. 10.) The parties have addressed the possibility of mediation and do not intend to mediate at this time, but will revisit the possibility of mediation at a later date, including after the conclusion of discovery.

Date: July 9, 2024

| MXR IMAGING, INC. | STEVEN DEATON |
|---|---|
| By: /s/ *Benjamin S. Morrell* _____ | By: /s/ *Philip Sasser* _____ |
| Benjamin S. Morrell (NC Bar No. 56676) | Philip Sasser (State Bar No. 38479) |
| TAFT STETTINIUS & HOLLISTER LLP | 2000 Regency Parkway, Suite 230 |
| 111 East Wacker Drive, Suite 2600 | Cary, North Carolina 27518 |
| Chicago, IL 60601 | Tel: 919.319.7400 |
| Telephone: (312) 527-4000 | Fax: 919.657.7400 |
| Facsimile: (312) 527-4011 | |
| bmorrell@taftlaw.com | Attorney for Defendant |
| | |
| Paul R. Harris (special appearance pending) | |
| TAFT STETTINIUS & HOLLISTER LLP | |
| 200 Public Square, Suite 3500 | |
| Cleveland, OH 44114 | |
| Telephone: (216) 241-2838 | |
| Facsimile: (216) 241-3707 | |
| pharris@taftlaw.com | |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on the date listed below, I filed the foregoing document using the Court's CM/ECF system, which will effect service upon all counsel of record.

Date: July 9, 2024

                 By: /s/ *Benjamin S. Morrell* _____
                 Benjamin S. Morrell
                 *Counsel for Plaintiff*