**SO ORDERED**

**SIGNED this 7 day of August, 2024.**



_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

In re:

Steven Dale Deaton,

        Debtor.
_____/

Chapter 7
Case No. 23-02527-5-PWM

MXR Imaging, Inc.,

        Plaintiff,

v.

Steven Dale Deaton,

        Defendant.
_____/

Adversary Proc. No. 23-00102-5-PWM

## ORDER EXTENDING DEADLINES AND RESCHEDULING TRIAL

Upon consideration of the Parties' Joint Motion to Extend the Discovery Deadline and Trial Date, and for good cause shown, it is hereby ORDERED:

The discovery deadline is extended from July 31, 2024, to September 13, 2024.

Dispositive motions must be filed on or before October 4, 2024.

Motions in limine must be filed on or before October 18, 2024.

The pretrial order must be submitted on or before October 18, 2024.

A final pretrial conference will be conducted on October 22, 2024, at 10:30 a.m. at Century Station Post Office and United States Courthouse, 300 Fayetteville Street, Second Floor Courtroom, Raleigh, North Carolina 27602.

The trial date is rescheduled from September 10, 2024, to October 30, 2024 at 10:00 a.m. at Century Station Post Office and United States Courthouse, 300 Fayetteville Street, Second Floor Courtroom, Raleigh, North Carolina 27602. .

All other deadlines and provisions in the Court's Scheduling Order (D.E. 8) remain in effect, unless expressly modified by this or another Order of the Court.

**END OF DOCUMENT**