# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

In Re:  Steven Dale Deaton

AP: MXR Imaging, Inc. v. Deaton

Lead Bankruptcy Case No. 23-02527-5-PWM
AP Case No. 23-00102-5-PWM

Chapter: 7

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Paul R. Harris hereby enters a notice of special appearance as counsel for Plaintiff MXR Imaging, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Benjamin S. Morrell

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Date  9/10/24

| | |
|---|---|
| Name | Paul R. Harris |
| Law Firm | Taft Stettinius & Hollister LLP |
| MailingAddress | 200 Public Square, Suite 3500<br>Cleveland, OH 44114 |
| Phone Number | (216) 241-2838 |
| Email Address: | pharris@taftlaw.com |
| State Bar No. | 0079538 (Ohio) |
| Local Counsel Name | Benjamin S. Morrell (Bar No. 56676) |
| Law Firm | Taft Stettinius & Hollister LLP |
| MailingAddress | 111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 |