# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

In Re:     Steven Dale Deaton

AP: MXR Imaging, Inc. v. Deaton

Lead Bankruptcy Case No. 23-02527-5-PWM
AP Case No. 23-00102-5-PWM

Chapter: 7

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Paul R. Harris hereby enters a notice of special appearance as counsel for Plaintiff MXR Imaging, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Benjamin S. Morrell

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Date 9/11/24

*/s/ Paul R. Harris*

| | |
|---|---|
| Name | Paul R. Harris |
| Law Firm | Taft Stettinius & Hollister LLP |
| MailingAddress | 200 Public Square, Suite 3500<br>Cleveland, OH 44114 |
| Phone Number | (216) 241-2838 |
| Email Address: | pharris@taftlaw.com |
| State Bar No. | 0079538 (Ohio) |
| Local Counsel Name | Benjamin S. Morrell (Bar No. 56676) |
| Law Firm | Taft Stettinius & Hollister LLP |
| MailingAddress | 111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In re:

Steven Dale Deaton,

    Debtor.
_____/

Chapter 7
Case No. 23-02527-5-PWM

MXR Imaging, Inc.,

    Plaintiff,

v.

Steven Dale Deaton,

    Defendant.
_____/

Adversary Proc. No. 23-00102-5-PWM

## DISCLOSURE OF CORPORATE AFFILIATIONS

Pursuant to Fed. R. Bankr. P. 7007.1, Plaintiff MXR Imaging, Inc. makes the following disclosure:

There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate party's equity interests.

Filed: September 11, 2024

                                         Respectfully Submitted,

                                         MXR IMAGING, INC.

                                         By: /s/ Paul R. Harris
                                         Benjamin S. Morrell (NC Bar No. 56676)
                                         TAFT STETTINIUS & HOLLISTER LLP
                                         111 East Wacker Drive, Suite 2600
                                         Chicago, IL 60601
                                         Telephone: (312) 527-4000

Facsimile: (312) 527-4011
bmorrell@taftlaw.com

Paul R. Harris (special appearance pending)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
pharris@taftlaw.com

*Counsel for Plaintiff*