061323.0015.2V.01416204.001

2300102.Court.278
23-00102-5-JNC

# United States Bankruptcy Court

Eastern District of North Carolina Greenville Division

IN RE
MARILYN POPE HEDGEPETH
P.O. BOX 381

ENFIELD, NC 27823

SSN or Tax I.D. XXX-XX-6801

2300102
HERBERT FRANK ALLEN
ATTORNEY AT LAW
PO BOX 1258
TARBORO, NC 27886-1258

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

CLAIM NO: -Court-A

## CERTIFICATE OF SERVICE

The Order Confirming Chapter 13 Plan entered in this case has been served as indicated on the attached Certificate of Mailing.

| CASE: 2300102 | TRUSTEE: 2V | COURT: 278 |
|---|---|---|
| TASK: 06-12-2023.01416204.LSA004 | | DATED: 06/13/2023 |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | MARILYN POPE HEDGEPETH | P.O. BOX 381<br>ENFIELD, NC 27823 |
| 799 | 000002 | HERBERT FRANK ALLEN<br>PO BOX 1258 | ATTORNEY AT LAW<br>TARBORO, NC 27886-1258 |
| 008 | 000009 | INTERNAL REVENUE SERVICE<br>PO BOX 7346 | ATTN: OFFICER<br>PHILADELPHIA, PA 19101-7346 |
| 013 | 000011 | SOCIAL SECURITY ADMINISTRATION<br>6401 SECURITY BOULEVARD | OFF GEN COUNSEL ATTN: BANKRUPTCY<br>BALTIMORE, MD 21235 |
| 022 | 000028 | SYNCHRONY BANK<br>PO BOX 41021 | C/O PRA RECEIVABLES MANAGEMENT LLC<br>NORFOLK, VA 23541 |
| 010 | 000010 | NC DEPT OF REVENUE<br>PO BOX 1168 | ATTN BANKRUPTCY UNIT<br>RALEIGH, NC 27602-1168 |
| 021 | 000008 | WELLS FARGO BANK NA<br>PO BOX 130000 | DBA WELLS FARGO AUTO<br>RALEIGH, NC 27605 |
| 015 | 000003 | STATE EMPLOYEES CREDIT UNION<br>PO BOX 25279 | ATTN: OFFICER/ATTN:LOSS MITIGATION<br>RALEIGH, NC 27611-5279 |
| 015 | 000027 | STATE EMPLOYEES CREDIT UNION<br>PO BOX 25279 | ATTN: OFFICER/ATTN:LOSS MITIGATION<br>RALEIGH, NC 27611-5279 |
| 002 | 000013 | BULL CITY FINANCIAL SOLUTIONS<br>ATTN: MANAGING AGENT | 2609 N DUKE STREET, STE 500<br>DURHAM, NC 27704 |
| 014 | 000004 | SOUTHERN LOANS<br>125 WHITFIELD STREET | ATTN: OFFICER<br>ENFIELD, NC 27823-1339 |
| 006 | 000017 | EASTERN RADIOLOGISTS<br>CHAPTER 13 BANKRUPTCY | 2101 W. ARLINGTON BLVD. #210<br>GREENVILLE, NC 27834 |
| 011 | 000020 | SCA COLLECTIONS | PO BOX 876<br>GREENVILLE, NC 27834-0876 |
| 005 | 000026 | DEBTOR'S MOTHER | TARBORO, NC 27886 |
| 001 | 000012 | ALBERTELLI LAW PARTNERS NC<br>SUITE 100 | 205 REGENCY EXECUTIVE PARK DR<br>CHARLOTTE, NC 28217 |
| 020 | 000025 | VIDANT HEALTH<br>PO BOX 71095 | BK DEPT<br>CHARLOTTE, NC 28272 |
| 004 | 000015 | LVNV FUNDING, LLC<br>PO BOX 10587 | RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29603-0587 |
| 017 | 000023 | LVNV FUNDING, LLC<br>PO BOX 10587 | RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29603-0587 |
| 016 | 000022 | SYNCB JC PENNEY | PO BOX 965007<br>ORLANDO, FL 32896 |
| 800 | 000005<br>*CM | U.S. BANK NATIONAL ASSOCIATION | 4801 FREDERICA STREET<br>OWENSBORO, KY 42301 |
| 801 | 000006<br>*CM | U.S. BANK NATIONAL ASSOCIATION | 4801 FREDERICA STREET<br>OWENSBORO, KY 42301 |
| 802 | 000007<br>*CM | U.S. BANK NATIONAL ASSOCIATION | 4801 FREDERICA STREET<br>OWENSBORO, KY 42301 |
| 007 | 000018 | FINGERHUT<br>CHAPTER 13 BANKRUPTCY | 6250 RIDGEWOOD ROAD<br>ST CLOUD, MN 56303 |

| | | | |
|---|---|---|---|
| 012 | 000021 | CITIBANK NA | 5800 S CORPORATE PL<br>SIOUX FALLS, SD 57108-5027 |
| 018 | 000024 | TRACTOR SUPPLY / CBNA | PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 |
| 019 | 000016 | US DEPARTMENT OF EDUCATIONH | PO BOX 82561<br>LINCOLN, NE 68501-2561 |
| 003 | 000014 | CAPITAL ONE BANK (USA) N.A.<br>4515 N. SANTA FE AVE | BY AMERICAN INFOSOURCE AS AGENT<br>OKLAHOMA CITY, OK 73118 |
| 009 | 000019 | MONROE & MAIN<br>P O BOX 800849 | C/O CREDITORS BANKRUPTCY SERVICE<br>DALLAS, TX 75380 |

30 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 06/13/2023.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   06/13/2023   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail