# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE: §
§ **CASE NO. 23-00102-5-JNC**
**MARILYN POPE HEDGEPETH** §
    **DEBTOR** §
§

# NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **U.S. Bank National Association** | **8** | **xxxx2146** |
|:---:|:---:|:---:|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Prior Name and Address where notices should be sent:**
U.S. Bank Home Mortgage, a division of U.S. Bank National Association
4801 Frederica Street
Owensboro, Kentucky 42301
Phone: (800) 365-7772

**Prior Name and Address where payments should be sent:**
U.S. Bank Home Mortgage, a division of U.S. Bank National Association
4801 Frederica Street
Owensboro, Kentucky 42301
Phone: (800) 365-7772

**Current Name and Address where notices should be sent:**
U.S. Bank Home Mortgage, a division of U.S. Bank National Association
2800 Tamarack Road
Owensboro, Kentucky 42301
Phone: (800) 365-7772

**Current Name and Address where payments should be sent:**
U.S. Bank Home Mortgage, a division of U.S. Bank National Association
3751 Airpark Mail Code CN-KY-APDC
Owensboro, Kentucky 42301
Phone: (800) 365-7772

Dated: 05/25/2023

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

**CERTIFICATE OF SERVICE OF NOTICE OF ADDRESS CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before __June 21, 2023__ via U.S Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                    *Via U.S. Mail*
Marilyn Pope Hedgepeth
P.o. Box 381
Enfield, NC 27823


Respectfully Submitted,

/s/ Natalie Lea
Natalie Lea