# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>Steven Dale Deaton<br>      Debtor(s) | Bankruptcy Case No.:<br>23–02527–5–PWM |

| | |
|---|---|
| MXR Imaging, Inc.<br>      Plaintiff(s)<br>      vs.<br>Steven Dale Deaton<br>      Defendant(s) | Adversary Proceeding No.:<br>23–00102–5–PWM |

## ORDER FOR FINAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED THAT:

(1) The final pretrial conference will be held in this adversary proceeding by telephone as follows:

DATE: Tuesday, February 18, 2025
TIME: 10:00 AM

The conference will involve the following parties as indicated below:

Benjamin Morrell
Philip Sasser

The Deadline for the Draft Final Pretrial Order and any Motions in Limine is February 11, 2025.

To join the conference call, please dial 1–646–828–7666 US (New York).

Meeting ID: 161 776 2967
Passcode: 71491305

(2) Each party shall be represented at the conference by the attorney who will conduct the trial for the party, and counsel shall have full authority to make admissions and disclosures of facts and to bind the client with respect to all matters pertaining to trial.

(3) Counsel shall prepare for the pretrial conference pursuant to Local Bankruptcy Rule 7016–1(b)(2), and shall be fully prepared to present to the court all information and documentation necessary for completion of the pretrial order.

(4) The participants at the final pretrial conference shall consider and take action on the following:

    a. the formulation and simplification of the issues, including the elimination of the frivolous claims or defenses;
    b. the admission of facts and of documents so as to avoid unnecessary proof at trial;
    c. stipulations regarding and the admissibility and authenticity of documents;
    d. identification and resolution of all foreseeable questions of admissibility of evidence;
    e. identification and marking of all exhibits;
    f. establishment of a final and binding list of witnesses;
    g. the need and schedule for filing and exchanging pretrial briefs;
    h. the possibility of settlement.

(5) After the pretrial conference a final pretrial order will be entered in the form specified by Local Bankrutpcy Rule 7016–1(b)(3). The final pretrial order will be absolutely binding on all parties. Issues not listed in the pretrial order will not be tried; exhibits not marked and not identified will not be admitted; and witnesses not listed will not be allowed to testify absent exceptional circumstances.

DATED: October 2, 2024

                                                    Pamela W. McAfee
                                                   United States Bankruptcy Judge