# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Steven Dale Deaton
       Debtor(s)

Bankruptcy Case No.:
23–02527–5–PWM

---

MXR Imaging, Inc.

       Plaintiff(s)
          vs.
Steven Dale Deaton
       Defendant(s)

Adversary Proceeding No.:
23–00102–5–PWM

---

## NOTICE OF CONTINUED TRIAL

YOU ARE HEREBY NOTIFIED that the trial of this adversary proceeding has been continued as follows:

DATE:     Tuesday, February 25, 2025
TIME:     10:30 AM
PLACE:   Room 208, 300 Fayetteville Street, Raleigh, NC 27601

DATED: October 2, 2024

                        Stephanie J. Butler
                        Clerk of Court