# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>Steven Dale Deaton<br>      Debtor(s) | Bankruptcy Case No.:<br>23–02527–5–PWM |

| | |
|---|---|
| MXR Imaging, Inc.<br>      Plaintiff(s)<br>      vs.<br>Steven Dale Deaton<br>      Defendant(s) | Adversary Proceeding No.:<br>23–00102–5–PWM |

### ORDER RESCHEDULING CONFERENCE

IT IS ORDERED that the final pretrial conference is rescheduled as indicated below:

DATE:     Thursday, February 20, 2025
TIME:     10:00 AM

The conference will involve the following parties:

Benjamin S. Morrell
Paul R. Harris
Philip Sasser

To join the conference call, please dial 1–646–828–7666 US (New York).

Meeting ID: 161 776 2967
Passcode: 71491305

DATED: December 10, 2024

                                                        Pamela W. McAfee
                                                        United States Bankruptcy Judge