**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

In re:

                                                                                               Chapter 7

Steven Dale Deaton,                                         Case No. 23-02527-5-PWM

        Debtor.
_____/

MXR Imaging, Inc.,

        Plaintiff,

v.

Steven Dale Deaton,                                       Adversary Proc. No. 23-00102-5-PWM

        Defendant.
_____/

**AGREED ORDER AND JUDGMENT IN RESPECT OF
NON-DISCHARGEABLE CLAIM**

Plaintiff and Defendant having advised the Court that they have agreed to the key terms of a settlement resolving the above-captioned adversary proceeding (subject to additional documentation), and for good cause shown, it is hereby ORDERED:

1. Plaintiff is hereby awarded Judgment in the amount of $100,000.00.

2. This Judgment is deemed non-dischargeable in accordance with 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4) and/or 523(a)(6).

3. Plaintiff may not take any steps to enforce this Judgment for a period of 45 days from the date of entry of this Order, in order to permit the parties sufficient time to prepare (a) a definitive settlement agreement, which includes mutually acceptable terms for payment of this Judgment and (b) such other and further documentation as is required.

4. All current deadlines and dates in the adversary proceeding, including the discovery deadline, final pretrial and trial dates, are continued pending resolution of this matter. If, for any reason, the parties are unable to give effect to their current settlement in principle and enter into a written, definitive settlement agreement resolving this Judgment within the referenced 45-day period, then after the expiration of such period, Plaintiff may file such motion(s) as it deems necessary, seeking for such other and further relief as may be proper.

5. The Court retains jurisdiction over this matter for all purposes, including enforcing the terms of this Order.

    MXR IMAGING, INC.

    By: /s/ *Benjamin S. Morrell*
        Benjamin S. Morrell
        (NC Bar No. 56676)
        TAFT STETTINIUS & HOLLISTER LLP
        111 East Wacker Drive, Suite 2600

Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

Paul R. Harris (via special appearance)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
pharris@taftlaw.com

*Counsel for Plaintiff*


STEVEN DALE DEATON

By: /s/ *Philip Sasser*
Philip Sasser (State Bar No. 38479)
Sasser Law Firm
2000 Regency Parkway, Suite 230
Cary, NC 27518
philip@sasserbankruptcy.com

*Counsel for Defendant*


**END OF DOCUMENT**