# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Steven Dale Deaton
      Debtor(s)

Bankruptcy Case No.:
23–02527–5–PWM

---

MXR Imaging, Inc.

      Plaintiff(s)
      vs.
Steven Dale Deaton
      Defendant(s)

Adversary Proceeding No.:
23–00102–5–PWM

---

## CERTIFICATE OF EMAIL NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given email notice on **January 31, 2025** as indicated below:

Benjamin Morrell
Paul Harris
Philip Sasser

that a hearing will be held by telephone as indicated below:

DATE:     February 6, 2025
TIME:     11:30 AM

to consider and act upon the following matters:

Joint Motion to Approve Consent Order – Agreed Order and Judgment filed by Paul R. Harris, Philip Sasser, Benjamin Morrell on behalf of Steven Dale Deaton, MXR Imaging, Inc.

To join the conference call, please dial 1–877–336–1831 and enter the access code 2852289#. If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

Meeting ID: 160 568 2816
Passcode: 46483181

DATED: January 31, 2025

Erin Donnery
Deputy Clerk