# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Steven Dale Deaton
    Debtor(s)

Bankruptcy Case No.:
23–02527–5–PWM

MXR Imaging, Inc.
    Plaintiff(s)
    vs.
Steven Dale Deaton
    Defendant(s)

Adversary Proceeding No.:
23–00102–5–PWM

## CERTIFICATE OF EMAIL NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given email notice on **January 31, 2025** as indicated below:

Philip Sasser
Paul Harris
Benjamin Morrell

that a hearing will be held by telephone as indicated below:

DATE: February 6, 2025
TIME: 11:30 AM

to consider and act upon the following matters:

Joint Motion to Approve Consent Order – Agreed Order and Judgment filed by Paul R. Harris, Philip Sasser, Benjamin Morrell on behalf of Steven Dale Deaton, MXR Imaging, Inc.

To join the conference call, please dial 1–646–828–7666 US (New York).

Meeting ID: 160 568 2816
Passcode: 46483181

DATED: January 31, 2025

                                Erin Donnery
                                Deputy Clerk